AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

**ORIGINAL**

| United States of America | | |
|---|---|---|
| v. | ) Case No.  2:25cr101 | **SEALED** |
| JERRY KEITH BRADY, JR. | ) FID: 11850846 ) IRS | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Jerry Keith Brady, Jr.

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

T.18:1343 - Wire Fraud (Count One, et al.)

FILED
IN OPEN COURT

AUG 2 5 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Date:     08/21/2025

_____
*Issuing officer's signature*

City and state:     Norfolk, Virginia

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  0822 2025 , and the person was arrested on *(date)*  08 25 2025 at *(city and state)*  Eastville  Virginia . |

Date:  0825 2025

_____
*Arresting officer's signature*

Nathan Perrow   Special Agent
*Printed name and title*